# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:13CR00131 SWW | |
| LEE E. ELLIS, SANDRA J. ELLIS, JAMES P. WESTLAKE, and BARBARA L. WESTLAKE | DEFENDANTS |

## ORDER

Defendant Lee E. Ellis has filed the pending motion for a continuance of his arraignment date. See Document 3. In the motion, he also asks that the arraignment for his wife, defendant Sandra J. Ellis, be continued. For the reasons outlined in the motion, it is granted. The previous arraignment date for defendants Lee E. and Sandra J. Ellis is hereby continued. The arraignment for defendants Lee E. and Sandra J. Ellis will now be held beginning at 10:00 a.m. on Wednesday, May 29, 2013, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas. This order is the only notice of the new arraignment date the parties will receive.[1]

---

[1] The arraignment date for the Ellis' co-defendants, James P. and Barbara L. Westlake, remains scheduled for Tuesday, May 21, 2013.

IT IS SO ORDERED this ___17___ day of May, 2013.


_____
UNITED STATES MAGISTRATE JUDGE